MELISSA HOLYOAK, United States Attorney (#9832)
JONATHAN STOWERS, Assistant United States Attorney (#16374)
Attorneys for the United States of America
111 South Main Street, Suite 1800
Salt Lake City, UT 84111-2176
Telephone: (801) 325-3235

FILED
2026 JUN 22 PM 12:13
CLERK
U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>RUMALDO CHILEL-LOPEZ,<br><br>Defendant. | Case No.<br><br>INFORMATION<br><br>VIO. 8 U.S.C. § 1326<br><br>(REENTRY OF A PREVIOUSLY REMOVED ALIEN)<br><br>Case: 2:26−cr−00227<br>Assigned To : Stewart, Ted<br>Assign. Date : 6/22/2026<br>Description: USA v Chilel−Lopez |

The United States Attorney charges:

COUNT I

On or about June 20, 2026, in the District of Utah,

RUMALDO CHILEL-LOPEZ,

the defendant herein, an alien who on or about December 28, 2022, was excluded, removed, and deported from the United States, did knowingly reenter and was found in the United States in the District of Utah, having not obtained the consent of the Secretary

of the United States Department of Homeland Security to reapply for admission into the United States; all in violation of Title 8, United States Code, Section 1326.

DATED this 22nd day of June 2026.

MELISSA HOLYOAK
United States Attorney

FOR:________________________
JONATHAN STOWERS
Assistant United States Attorney